No. 2,327.—THE STATE OF MONTANA, RESPONDENT, *v.*
SWAN ANDERSON, APPELLANT.

*Appeal from District Court, Deer Lodge County; Geo. B. Winston, Judge.*

Decided October 2, 1906.

PER CURIAM.—Upon motion of appellant the appeal herein is hereby dismissed.

*Messrs. Mackel & Meyer,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.

No. 1,737.—THE STATE OF MONTANA EX REL. JAMES
DONOVAN, ATTORNEY GENERAL, RELATOR, *v.* C. L.
BROWN ET AL., RESPONDENTS.

Original application for writ of mandate.

Decided October 2, 1906.

PER CURIAM.—Upon motion of Albert J. Galen, attorney general, this cause is hereby dismissed.

*Messrs. H. J. Haskell,* and *Mr. T. C. Holmes,* for Respondents.